IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02021-BNB

CAREY A. MURRAY,

    Plaintiff,

v.

PETE HAUTZINGER, District Attorney, and
JOHN SUTHERS, Attorney General of Colo.

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion for Stay of Action," filed with the Court *pro se* on November 6, 2009 (Doc. # 10). Mr. Murray apparently seeks to stay the instant action for an indefinite period until his state court criminal case is decided. The Motion for Stay is DENIED.

    The Court will grant Mr. Murray an additional **fifteen (15) days** from the date of this Order to file his Amended Complaint, as required by the Court's October 6, 2009, Order. Failure to do so within the time allowed will result in the dismissal of the instant action.

    Dated: November 9, 2009