IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02021-LTB-MJW

CAREY A.  MURRAY,

Plaintiff(s),

v.

TASHA DOBBS, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Reconsideration and Add All Relevant Parties to this Action [sic](docket no. 23) is DENIED WITHOUT PREJUDICE.  The Pro Se Plaintiff has failed to serve the Defendant Tasha Dobbs with a copy of this motion and has failed to attempt to confer under D.C.COLO.LCivR 7.1 A.

Date:  February 2, 2010