IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02021-LTB-MJW

CAREY A. MURRAY,

Plaintiff,

v.

TASHA DOBBS,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Add Parties (Docket No. 27) is denied without prejudice. Plaintiff has not tendered a proposed Second Amended Complaint which includes the claims and defendant remaining in this action, lists the defendants he seeks to add, and states how each of the new defendants personally participated in violating his constitutional rights. As instructed in an Order filed by Judge Boland on October 6, 2009, plaintiff "must state with specificity what each named defendant did to him, when they did it, how their action harmed him, and what specific legal right they violated." (Docket No. 7 at 3).

Date: July 8, 2010