**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02021-LTB-MJW

CAREY A. MURRAY,

       Plaintiff,

v.

TASHA DOBBS,

       Defendant.

_____

## ORDER

_____

This case is before me on the recommendation of the Magistrate Judge issued and served on July 29, 2010 (Doc 42). Plaintiff requested and was granted an extension of time up to and including September 1, 2010, to respond to the Court's Recommendation. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 31) is GRANTED and this action is DISMISSED.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   September 2, 2010